# EXHIBIT 1

# United States of America
## United States Patent and Trademark Office

# Care♥Bears

**Reg. No. 4,787,519**
**Registered Aug. 4, 2015**
**Int. Cl.: 3**

**TRADEMARK**
**PRINCIPAL REGISTER**

THOSE CHARACTERS FROM CLEVELAND, INC. (OHIO CORPORATION)
ONE AMERICAN ROAD
CLEVELAND, OH 44144

FOR: ANTI-BACTERIAL SOAP; LIP BALM, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 11-30-2014; IN COMMERCE 11-30-2014.

OWNER OF U.S. REG. NOS. 1,270,509, 3,767,824, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BEARS", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A DESIGN OF A HEART BETWEEN THE WORDS CARE AND BEARS.

SN 86-976,564, FILED 4-24-2014.

LESLIE RICHARDS, EXAMINING ATTORNEY



*Michelle K. Lee*
Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# CARE BEARS

**Reg. No. 5,874,943**

**Registered Oct. 01, 2019**

**Int. Cl.: 5**

**Trademark**

**Principal Register**

THOSE CHARACTERS FROM CLEVELAND, LLC (OHIO LIMITED LIABILITY COMPANY)
28601 Chagrin Blvd., Ste. 500
Woodmere, OHIO 44122

CLASS 5: Gummy vitamins

FIRST USE 2-5-2019; IN COMMERCE 2-5-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "BEARS"

SER. NO. 87-726,983, FILED 12-19-2017

Director of the United States
Patent and Trademark Office

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 3,336,078
Registered Nov. 13, 2007

**TRADEMARK**
PRINCIPAL REGISTER

# CARE BEARS

THOSE CHARACTERS FROM CLEVELAND, INC. (OHIO CORPORATION)
ONE AMERICAN ROAD
CLEVELAND, OH 44144

FOR: KARAOKE MACHINES, PRERECORDED VIDEO CASSETTES AND DVDS FEATURING CARTOONS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-31-2002; IN COMMERCE 8-31-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-563,875, FILED 2-9-2005.

INGRID C. EULIN, EXAMINING ATTORNEY

# United States of America
### United States Patent and Trademark Office

# CARE BEARS

| | |
|---|---|
| **Reg. No. 4,602,800** | THOSE CHARACTERS FROM CLEVELAND, INC. (OHIO CORPORATION) <br> ONE AMERICAN ROAD |
| **Registered Sep. 9, 2014** | CLEVELAND, OH 44144 |
| **Int. Cl.: 9** | FOR: DVDS FEATURING ANIMATION, MUSIC AND ENTERTAINMENT FOR CHILDREN, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38). |
| **TRADEMARK** | FIRST USE 12-31-2004; IN COMMERCE 12-31-2004. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | OWNER OF U.S. REG. NOS. 1,270,509, 3,336,078, AND OTHERS. |
| | SN 85-982,324, FILED 12-4-2012. |
| | MARIA-VICTORIA SUAREZ, EXAMINING ATTORNEY |



*Michelle K. Lee*
**Deputy Director of the United States
Patent and Trademark Office**

Int. Cls.: 4, 16 and 21

Prior U.S. Cls.: 2, 15, 30, 37 and 38

**United States Patent and Trademark Office**

Reg. No. 1,270,509
Registered Mar. 20, 1984

## TRADEMARK
Principal Register

## CARE BEARS

American Greetings Corporation (Ohio corporation)
10500 American Rd.
Cleveland, Ohio 44144

For: CANDLES, in CLASS 4 (U.S. Cl. 15).
First use Nov. 5, 1982; in commerce Nov. 5, 1982.
For: GREETING CARDS, (WRITING PAPER AND ENVELOPES, PHOTOGRAPH ALBUMS, AND GIFT WRAPPING PAPER,) in CLASS 16 (U.S. Cls. 37 and 38).
First use Nov. 5, 1982; in commerce Nov. 5, 1982.

For: DECORATIVE CERAMIC PLATES, in CLASS 21 (U.S. Cls. 2 and 30).
First use Nov. 5, 1982; in commerce Nov. 5, 1982.
Owner of U.S. Reg. Nos. 1,191,263 and 1,238,416.

Ser. No. 411,237, filed Jan. 27, 1983.

SUSAN A. RICHARDS, Examining Attorney

Int. Cls.: **16, 24, and 25**

Prior U.S. Cls.: **38, 39, and 42**

**Reg. No. 1,773,296**

United States Patent and Trademark Office  Registered May 25, 1993

## TRADEMARK
### PRINCIPAL REGISTER

## CARE BEARS

THOSE CHARACTERS FROM CLEVELAND, INC. (OHIO CORPORATION)
10500 AMERICAN ROAD
CLEVELAND, OH 44144

   FOR: STORY BOOKS, IN CLASS 16 (U.S. CL. 38).

   FIRST USE 5-15-1992; IN COMMERCE 5-15-1992.

   FOR: TOWELS, IN CLASS 24 (U.S. CL. 42).

   FIRST USE 8-14-1992; IN COMMERCE 8-14-1992.

   FOR: SHIRTS, SOCKS AND UNDERWEAR, IN CLASS 25 (U.S. CL. 39).

   FIRST USE 2-20-1992; IN COMMERCE 2-20-1992.

   OWNER OF U.S. REG. NOS. 1,270,509, 1,294,343, AND OTHERS.

   SN 74-062,845, FILED 5-25-1990.

JILL C. ALT, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# CARE BEARS

**Reg. No. 3,767,824** THOSE CHARACTERS FROM CLEVELAND, INC. (OHIO CORPORATION)
Registered Mar. 30, 2010 ONE AMERICAN ROAD
CLEVELAND, OH 44144

**Int. Cl.: 18** FOR: PURSES, SHOULDER BAGS, SCHOOL BAGS, BACKPACKS, TOTE BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

**TRADEMARK** FIRST USE 12-31-2008; IN COMMERCE 12-31-2008.
**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,270,509, 1,780,477, AND OTHERS.

SN 77-045,766, FILED 11-16-2006.

JASON BLAIR, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cls.: 21, 24, 25 and 28

Prior U.S. Cls.: 2, 22, 39 and 42

**United States Patent and Trademark Office**

Reg. No. 1,294,343
Registered Sep. 11, 1984

## TRADEMARK
Principal Register

### CARE BEARS

American Greetings Corporation (Ohio corporation)
10500 American Rd.
Cleveland, Ohio 44144

For: CANNISTERS, in CLASS 21 (U.S. Cl. 2).
First use Sep. 9, 1982; in commerce Sep. 9, 1982.
For: TOWELS, in CLASS 24 (U.S. Cl. 42).
First use Sep. 9, 1982; in commerce Sep. 9, 1982.
For: T-SHIRTS, in CLASS 25 (U.S. Cl. 39).
First use Sep. 9, 1982; in commerce Sep. 9, 1982.
For: STUFFED TOY FIGURES, in CLASS 28 (U.S. Cl. 22).

First use Sep. 9, 1982; in commerce Sep. 9, 1982.

Owner of U.S. Reg. Nos. 1,191,263, 1,238,416 and 1,258,185.

No claim is made to the exclusive right to use the term "Bears", apart from the mark as shown.

Ser. No. 399,521, filed Oct. 1, 1982.

HENRY S. ZAK, Examining Attorney

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 1,780,477
Registered July 6, 1993

## TRADEMARK
PRINCIPAL REGISTER

### CARE BEARS

THOSE CHARACTERS FROM CLEVELAND, INC. (OHIO CORPORATION)
10500 AMERICAN ROAD
CLEVELAND, OH 44144

  FOR: CANDY, IN CLASS 30 (U.S. CL. 46).
  FIRST USE 12-0-1984; IN COMMERCE 12-0-1984.
  OWNER OF U.S. REG. NOS. 1,270,509, 1,271,459 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BEARS", APART FROM THE MARK AS SHOWN.

SER. NO. 74-330,849, FILED 11-13-1992.

M. L. HERSHKOWITZ, EXAMINING ATTORNEY