# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-824-810

**Effective date of registration:**

April 25, 2012

## Title

**Title of Work:** Care Bears 2010 Style Guide

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** February 15, 2010 **Nation of 1st Publication:** United States

## Author

**■ Author:** Those Characters From Cleveland, Inc.

**Author Created:** text, 2-D artwork

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Those Characters From Cleveland, Inc.

One American Road, Cleveland, OH, 44144, United States

## Rights and Permissions

**Organization Name:** Those Characters From Cleveland, Inc.

**Name:** Patricia A. Motta

**Email:** patty.motta@amgreetings.com **Telephone:** 216-252-7300

**Address:** Legal Department

One American Road

Cleveland, OH 44144 United States

## Certification

**Name:** Patricia A. Motta

**Date:** April 20, 2012

**Applicant's Tracking Number:** Care Bears 2010 Style Guide

# Care Bears

## 2010 Style Guide

# The Care Bears Story

As one of the world's most popular and beloved children's character properties, the Care Bears are a group of huggable, furry friends, each with their own individual personality, caring mission and unique belly badge to match! They live in Care-a-lot, a cuddly-soft cloudscape play land, where they teach the importance of caring for others and sharing special feelings.

In Care-a-lot, the Care Bears help each other with their own caring challenges, each using their own special expertise. Sometimes they bring a child with a particular caring concern up to Care-a-lot. And, occasionally, the Care Bears must speed down to earth to help with some caring crisis in our own world.

**Licensing Guidelines**

Legal



All products, packaging, advertising or collateral materials must use one of the following notices. Copyright year in these notices should be the year in which your product will be offered for sale at retail.

**Notice 1: Care Bears™ and related trademarks**
**©20\* Those Characters From Cleveland, Inc.**
**Used under license by (your company's name).**

Notice 1 is to be used on all packaging, advertising and collateral materials.
In some cases it will also be required on products.

**Notice 2: ©20\* Those Characters From Cleveland, Inc.**

In some cases, Notice 2 will be the only one necessary on products.

**Notice 3: ©TCFC**

This abbreviated notice is to be used only when layout space is extremely limited, longer copy wouldn't be legible, or when the media, printing or engraving process will not allow for longer copy.

One other use of Notice 3 is on products with multiple separate elements—such as sticker sheets, or room décor appliqué sheets with multiple TCFC images that can be separated from the master sheet after purchase. Notice 3 should be applied to each sticker or appliqué on the sheet, and Notice 1 or 2, as appropriate, should be applied to the backing sheet itself.

You may NOT include your own company's copyright notice on the product or any materials associated with it without noting the specific copyrights claimed and without American Greetings approval.

Different situations may require different notices than those mentioned here. These notices will be supplied as needed during the approval process.



## Fonts & Copy

The fonts below can be used effectively in title, headline and short copy situations.

### Care Bear Book
(American Greetings Proprietary Font)
abcdefghijklmnopqrstuvwxyz
ABCDEFGHIJKLMNOPQRSTUVWXYZ

### Care Bear Bold
(American Greetings Proprietary Font)
abcdefghijklmnopqrstuvwxyz
ABCDEFGHIJKLMNOPQRSTUVWXYZ

*Care Bear Book and Care Bear Bold fonts are exclusive to American Greetings and its licensees. They have been designed solely for use on the Care Bears program and cannot be used on any other non Care Bears products or materials.

### Shag Lounge
(available at www.houseind.com)
abcdefghijklmnopqrstuvwxyz
ABCDEFGHIJKLMNOPQRSTUVWXYZ

### KEENER
(available at www.fonthead.com)
ABCDEFGHIJKLMNOPQRSTUVWXYZ
ABCDEFGHIJKLMNOPQRSTUVWXYZ

### Helvetica (for legal copy)
(available at www.adobe.com)
abcdefghijklmnopqrstuvwxyz
ABCDEFGHIJKLMNOPQRSTUVWXYZ

*If Helvetica is not available then use a sanserif font that is very similar in shape, thickness and letter forms.

Copy, when applied to individual products, can promote sales and add a positive point of difference to your product. American Greetings reserves the right to approve all copy on advertising, point of purchase and product. We would be happy to work with you on the specific needs of your product.

- Caring comes in all sizes!
- Ticket to care!
- Care by air!
- Viva Caring!
- Born to Care!
- Grin and Share it
- Handle With Care
- Happy Happens!
- Share and Care Alike!
- Got Hugs?
- Cuddlin' Cutie
- Bundle of Fun
- Bear hug
- Cuddle Time
- 100% huggable
- Hugs Rule!
- Need a hug?
- Cute and cuddly
- Nobody Cares Like a Bear
- Always Time for Hugs
- Caring Counts
- Sharing Is Caring
- Cuteness counts!

## Copy Guidelines

❤ Good product creation involves coordinating copy, art, character and product. Product copy used on an item should coordinate with the design and the product's purpose. For example, a nightgown depicting Bedtime Bear asleep might run with the copy, "Sleeping Cutie." The copy "Let the fun shine in!" better coordinates with a T-shirt depicting Funshine Bear rather than with one that shows Wish Bear.

❤ Me-to-you copy ("I Love You," "You're My Favorite Friend") should be avoided for most product applications. This copy is not very "wearable" and is generally used with gift items meant to be purchased by one person for another as opposed to an item that may be a self-purchase product. If your particular product has a strong sales success history with such copy, be sure to inform us of this when you submit your item for approval.

❤ Product copy should be set in a color rather than in black. When in doubt, and background colors allow, use Care Bears blue (PMS 313 or CMYK 100C 0Y 18K).



Logos

## Logo Guidelines

- 🩷 The Care Bears logos are used as a trademark to help consumers identify Care Bears products, packaging, advertising and other materials.

- 🩷 Never rotate the logo or alter the letters in any way.

- 🩷 The logo should always include a "TM" superscripted after the "s" in "Bears."

- 🩷 The "TM" should always be legible but never larger than the size relationships shown here.

- 🩷 In limited color situations the logo can be converted to a different color but must pop off the background.

- 🩷 The 1-line logo is the preferred logo unless there is a need to conserve space, then the 2-line logo would be a better choice.

- 🩷 In some cases a thin white outline can be used on the logo to make it pop off the background, but never outline the "TM."

This is the full-color 1-line logo



LOGO0002 CB-CMYK

This is the 1-color 1-line logo



LOGO0002 CB-BLK

This is the full-color 1-line logo inside a cloud holding shape
(This version of the logo should be used on packaging and in all situations where the logo needs to pop)



LOGO0003 CB-CMYK

This is the full-color 2-line logo



LOGO0001 CB-CMYK

This is the 1-color 2-line logo



LOGO0001 CB-BLK

This is the full-color 2-line logo inside a cloud holding shape
(This version of the logo should be used on packaging and in limited space situations where the logo needs to pop)



LOGO0004 CB-CMYK



Promotional



LOGO0005 CB-CMYK

LOGO0005 CB-PMS

LOGO0005 CB-BLK

- This artwork can only be used on promotional materials exactly as it appears above
- This art should never be used on product or packaging
- This art requires a "TM" to be placed outside the heart in the position and size relationship shown



## General Guidelines

- All Care Bears product, packaging and promotional materials must have legal

- Avoid using the Care Bears logo as the primary design element without a bear

- Color is very important to the Care Bears program. When possible use colors found in any of the art that is supplied in this guide

- The Care Bears red signature heart is located only on each Bear's RIGHT hip (This heart must be added or removed as needed when an image is flopped)

- As a general rule, if the tail cannot be seen then the hip heart would not be in view and should not be added

- When flopping Care Bears character artwork, care must be taken so that all the character's graphic elements end up in their correct orientation

- Most character belly badges are only properly oriented in one particular direction. Be sure to orient them correctly after flopping a character image

- Care Bears belly badges must be used in combination with either character art or the Care Bears logo (The strength of the Care Bears program is not the badges alone but the combination with the bears and brand identity)

- All Care Bears product, packaging and promotional materials are subject to approval by American Greetings





## Size Comparisons

**Use these comparisons when combining art from multiple designs**

### Size Guidelines

❤ When designing with multiple bears, keep all bears the same scale.

❤ Stars and Star Buddies should always be in the size relationship to bears as shown above.



Do & Don't

© TCFC

**Original Art**



**Original Art**



*Every bear must have a heart on their right hip

When flopping bear artwork, the belly badge must be flopped back and the heart removed on the left hip

Don't



Avoid covering belly badges or bears' faces with other art, logos or lettering

Belly badge has been flopped to the correct orientation and the hip heart has been removed

Do



Bears' belly badges and faces are not obstructed in any way



Care Bears

**Do & Don't**



**Original Art**



**Original Art**




Avoid heavy crops of bears and other art elements

**Don't**



Avoid size variances between bears

**Don't**

This shows how to crop art if it is absolutely necessary

**Do**

Always keep bears the same scale

**Do**



Care Bears

Don't



With the exception of the swinging star image, never change the scale of star buddies. Always reference the size comparison chart when scaling art individually



Never rotate the logo and never cover the logo with any other art or lettering



Never change the color of the letters in the logo and never add a drop shadow



*NEVER, EVER mix New Care Bears artwork with any previous art



Never crop more than half of the tummy graphic



Avoid floating bears in landscape designs with clouds. When possible, have bears planted on clouds

Care Bears

Individual Bear Themes

Profile

# Tenderheart Bear™

Tenderheart Bear is a loving and lovable bear who knows a lot about helping others share their feelings. By helping people show they care, Tenderheart spreads love and makes it grow. He has the perfect belly badge for his job—a heart filled with love.



## Copy Suggestions:

Everything grows better with love

Love's in bloom

Friendship's in bloom

Laugh, Play, Love!

Love is all around!

Make room for hugs!

## Color Palette

**Hip Heart:** PMS 724

**Body:** PMS 722 Fill Color — PMS 724 Detail

**Mouth:** PMS 190 Tongue — Black

*This profile page shows the PMS color version of this bear for limited color printed product. Identical poses exist in cmyk for full color printing. If you are creating dimensional product please refer to the 3-D Guidelines for color and construction.

## Symbol: Heart



PMS 185 — PMS 190

## Eye Color:



BLACK Pupil Top Lid — PMS 724 Iris — PMS 724 Lid Color



Care Bears



Poses

CA0056 CB

CA0057 CB

CA0060 CB

CA0058 CB

CA0061 CB

CA0059 CB







Case: 1:24-cv-03559 Document #: 1-2 Filed: 05/02/24 Page 19 of 62 PageID #:48

Profile

# Funshine Bear™

Playful Funshine Bear works hard to make sure that everyone is having a good time. His sense of humor makes him the life of any party and he really knows how to have fun. Funshine Bear's belly badge reflects his sunny disposition—a bright yellow sun with an ever-present smile.



## Copy Suggestions:

Happiness shines!
Think Happy Thoughts
Shine On!
Go for the Glow!
Something to Smile About
Smile...pass it on!
Smile!
Oh, Happy Day!
Spread a little sunshine!
Let the fun shine!
The fun starts here!
Catch some fun!

## Color Palette

Hip Heart: PMS 137

Body: PMS 121 — Fill Color
PMS 137 — Detail

Mouth: PMS 176 — Tongue
Black



*This profile page shows the PMS color version of this bear for limited color printed product, blended pass exist in cmyk for full color printing. If you are creating dimensional product please refer to the 3-D Guidelines for color and construction.

## Eye Color:



PMS 137 — Lid Color
PMS 152S — Iris
BLACK — Pupil, Top Lid

## Symbol: Smiling Sun



PMS 137
PMS 123
PMS 121

Care Bears



Patches





GP0079 CB

THE FUN STARTS HERE!

GP0077 CB

SPREAD A LITTLE SUNSHINE!





GP0078 CB

SHINE ON!

GP0080 CB

FUNSHINE BEAR

Care Bears

Patterns

PT0083 CB

PT0081 CB

PT0084 CB

PT0082 CB

PT0085c CB

PT0085b CB

PT0085a CB



Patterns



PT0089 CB

PT0090 CB



PT0086 CB

PT0087 CB

PT0088 CB

Care Bears

Profile

## Cheer Bear™

Cheer Bear is a very happy Care Bear who helps others see the bright side of life. She will sometimes even do a cheer to help make someone happier! Wherever she goes, Cheer Bear wears a belly badge of hope and happiness—a colorful rainbow.



### Copy Suggestions:

Sitting on a rainbow

Spread some love

Have a Rainbow Day!

Tickled Pink

Something to Cheer About

Three Cheers for You

Friends are something to cheer about!

Spread some cheer

Have no fear – Cheer is here!

Hip, hip, hooray!

### Color Palette

Hip Heart: PMS 232

Body: PMS 230 Fill Color / PMS 232 Detail

Mouth: PMS 230 Tongue

Black

*This profile page shows the PMS color version of this bear for limited color printed product. Identical poses exist in cmyk for full color printing. If you are creating dimensional product please refer to the 3-D Guidelines for color and construction.

### Symbol: Rainbow



PMS 219  PMS 137  PMS 108  PMS 382  PMS 278

### Eye Color:



PMS 232 Lid Color

PMS 1535 Iris

BLACK Pupil Top Lid

Care Bears



Patches



GP0099 CB



GP0097 CB



GP0100 CB



GP0098 CB

Care Bears

Patterns



PT0104 CB



PT0101 CB



PT0105 CB



PT0102 CB



PT0106 CB



PT0103 CB

Care Bears





Profile

# Best Friend Bear™

Best Friend Bear is the best at bringing buddies together. She understands the special bond between best friends and helps keep them caring for each other. Even her belly badge shows the special relationship between best friends—a heart and a star, linked by a rainbow!



## Copy Suggestions:

Together is better!
Share some fun!
Share a Laugh
Care to Share?
Friends Share
Special
Perfect pals
Best friends forever!
BFF
Friends Are Forever
Just between friends
Friends make good times even better.

## Color Palette

**Hip Heart:** PMS 2593

**Body:** PMS 2572 Fill Color

PMS 2593 Detail

**Mouth:** PMS 230 Tongue

Black

*This profile page shows the PMS color version of this bear for limited color printed product. Identical plates exist in cmyk for full color printing. If you are creating dimensional product please refer to the 3-D Guidelines for color and construction.

## Eye Color:



BLACK Pupil Top Lid

PMS 319 Iris

PMS 2593 Lid Color

## Symbol: Star Heart Rainbow



PMS 319  PMS 108  PMS 232  PMS 231  PMS 151

PMS 137  PMS 230

Care Bears

Poses



CA0110 CB

CA0114 CB

CA0111 CB

CA0115 CB

CA0112 CB

CA0113 CB

Care Bears

Patches



GP0118 CB

GP0116 CB



GP0119 CB



GP0117 CB



PT0122 CB



PT0120 CB



PT0121 CB



PT0123 CB



PT0125 CB



PT0124 CB

Patterns

Care Bears

Patterns



PT0127a CB



PT0127b CB



PT0126 CB



Case: 1:24-cv-03559 Document #: 1-2 Filed: 05/02/24 Page 34 of 62 PageID #:63

# Wish Bear™

Wish Bear likes to make wishes come true and believes there's nothing in the world that a wish can't help. She's a special kind of dreamer, too, because even when wishes don't come true, she still thinks wishing is a lot of fun! Wish Bear shows this with her belly badge—a smiling shooting star.



## Copy Suggestions:

Life's a dream

Wish on a Star!

Make a wish!

What's your wish?

So many wishes, so little time!

Wishes come true!

Wish come true.

Shoot for the stars!

Got Wishes?

## Color Palette

Hip Heart: PMS 320

Body:
PMS 319 Fill Color
PMS 320 Detail

Mouth:
PMS 230 Tongue
Black





*This profile page shows the PMS color version of the bear for limited color printed product. Identical poses exist in cmyk for full color printing. If you are creating dimensional product please refer to the 3-D Guidelines for color and construction.

## Symbol: Shooting Star



PMS 108
PMS 116
PMS 130

## Eye Color:



PMS 320 Lid Color
PMS 320 Iris
BLACK Pupil Top Lid

Care Bears



Poses

CA0128 CB

CA0132 CB

CA0129 CB

CA0130 CB

CA0133 CB

CA0131 CB





Patterns



PT0140 CB

PT0141 CB



PT0142 CB



PT0137 CB



PT0138 CB



PT0139 CB

Care Bears



# Profile



## *Grumpy Bear*™

Grumpy may be a bit of a grouch, but his grumpiness reminds us that it's okay to be grumpy sometimes—as long as it doesn't last too long. Grumpy Bear's tummy symbol—a rain cloud with falling hearts—is a reminder that even when we're less than cheery, we are still loved by those closest to us.

### Copy Suggestions:

**Born Grumpy**
**100% Grumpy**
**Bear with me**
**Grumpy rules!**
**Cheer someone else up.**
**Grumpy. Proceed with caution.**
**Hug at your own risk**
**Hug with Care**
**I need a hug**
**A smile a day keeps the grumpies away!**

### Color Palette

**Hip Heart:** PMS 293

**Body:** PMS 278 Fill Color

**Mouth:** PMS 293 Detail — PMS 293 — Black

*This profile page shows the PMS color version of this bear for limited color printed product. Identical poses exist in cmyk for full color printing. If you are creating dimensional product please refer to the 3D Guidelines for color and construction.

### Eye Color:



PMS 293 Lid Color
PMS 293 Iris
BLACK Pupil Top Lid

### Symbol: Rain Cloud

PMS 300
PMS 293
PMS 186



Care=Bears™

Poses



CA0146 CB

CA0147 CB

CA0149 CB

CA0148 CB



Patches



GP0150 CB



GP0152 CB



GP0151 CB

Care Bears

Patterns



PT0156 CB



PT0153 CB



PT0157 CB



PT0154 CB



PT0158 CB



PT0155 CB

Care Bears

## Profile

# Love–a–lot Bear™

Love-a-lot Bear believes in the power of love, but is not afraid to help it along. She's a pretty and perky bear who loves everything about love and tries to make it grow wherever she goes. Love-a-lot Bear loves her tummy symbol, too—two hearts together!



## Copy Suggestions:

Group Hug!

A cuddle kind of day

Everybody needs a hug

Just for the hug of it

I (heart) you!

Love is in the Care!

Love Grows

## Color Palette

**Hip Heart:** PMS 191

**Body:** PMS 191 Fill Color / PMS 190 Detail

**Mouth:** PMS 183 Tongue / Black



*This profile page shows the PMS color version of this bear for limited color printed product. Identical poses exist in cmyk for full color printing. If you are creating dimensional product please refer to the 3-D Guidelines for color and construction.

## Eye Color:



PMS 191 Lid Color

PMS 1525 Iris

BLACK Pupil Top Lid

## Symbol: Two Hearts

PMS 108

PMS 183

PMS 186


Care Bears



Poses

CA0159 CB

CA0163 CB

CA0160 CB

CA0161 CB

CA0164 CB

CA0162 CB

Care Bears

©TCFC

# Profile



# Good Luck Bear™

Good Luck Bear is loaded with luck and loves to share with anyone who needs it. It's no wonder you can always find him with a big smile on his face! The four-leaf clover on his belly badge lets us know that when Good Luck Bear is nearby, good fortune is never far behind.

## Copy Suggestions:

It's Your Lucky Day

Lucky 4 U

Happy-go-lucky

My Lucky Day

Lucky!

Lucky me!

## Color Palette

**Hip Heart:** PMS 355

**Body:**
PMS 376 Fill Color
PMS 355 Detail

**Mouth:**
PMS 230 Tongue
Black

*This profile page shows the PMS color version of this bear for limited color printed product. Identical poses exist in cmyk for full color printing. If you are creating dimensional product please refer to the 3-D Guidelines for color and construction.

## Eye Color:



PMS 355 Lid Color
PMS 376 Iris
BLACK Pupil Top Lid

## Symbol: Four-leaf Clover

PMS 355



Care Bears

Poses



CA0165 CB

CA0166 CB

CA0169 CB

CA0167 CB

CA0170 CB

CA0168 CB



Core Art Library









Core Art

CA0016 CB

CA0015 CB

CA0017 CB

CA0010 CB













Rainbows

CA0033 CB

CA0031 CB

CA0034 CB

CA0032 CB





Clouds

CA0035 CB





# Core Patterns

PT0042 CB

PT0043 CB

PT0045 CB

PT0049 CB

Care Bears

©TCFC







# Core Patterns

PT0038 CB

PT0050 CB

PT0051 CB

PT0039 CB

PT0050 CB

PT0051 CB

Care Bears

# Core Patterns

PT0040 CB

PT0047 CB

PT0052 CB

PT0041 CB

PT0048 CB

PT0053 CB

Care Bears

Core Patterns



PT0046 CB



PT0044 CB



PT0046 CB



PT0037 CB

Care Bears

