

*LIBRARY OF CONGRESS*

# Copyright Office
## of the United States

*WASHINGTON, D.C.*

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for a work entitled **CARE BEARS 2015 CORE STYLE GUIDE** registered under **VA 1-982-408.** This work was registered in accordance with provisions of the United States Copyright Law (Title 17 United States Code).

**THIS IS TO CERTIFY ALSO,** that the attached color photocopies are a true representation of the work entitled **CARE BEARS 2015 CORE STYLE GUIDE** deposited in the Copyright Office on July 29, 2015 with claim of copyright registered under **VA 1-982-408.** The attached photocopies are the best possible electrostatic positive prints available.

**THIS IS TO CERTIFY FURTHER,** that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF** the seal of this Office is affixed hereto on June 12, 2017.

Karyn Temple Claggett
Acting United States Register of Copyrights and Director

By:   Jarletta Walls
Supervisory Copyright Specialist
Records Research and Certification Section
Office of Public Records and Repositories

Use of this material is governed by the U.S. copyright law 17 U.S.C.101 et seq.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## VA 1-982-408

**Effective Date of Registration:**
July 29, 2015

## Title

**Title of Work:** Care Bears 2015 Core Style Guide

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** July 27, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Those Characters From Cleveland, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Those Characters From Cleveland, Inc.
One American Road, Cleveland, OH, 44144

## Rights and Permissions

**Organization Name:** Those Characters From Cleveland, Inc.
**Name:** Patricia A. Motta
**Email:** patty.motta@amgreetings.com
**Telephone:** (216)252-7300
**Address:** Legal Department
One American Road
Cleveland, OH 44144

## Certification

**Name:** Patricia A. Motta
**Date:** July 28, 2015
**Applicant's Tracking Number:** CB 2015 Core Style Guide





Licensing Guidelines

Care Bears

# Fonts & Copy

The fonts below can be used effectively in title, headline and short copy situations.

**Shag Lounge**
(available at www.houseind.com)

abcdefghijklmnopqrstuvwxyz
ABCDEFGHIJKLMNOPQRSTUVWXYZ

**Gill Sans UltraBold**
(available at www.fonts.com)

abcdefghijklmnopqrstu
vwxyz
ABCDEFGHIJKLMNOPQR
STUVWXYZ

**Care Bear Bold**
(American Greetings Proprietary Font)

abcdefghijklmnopqrstuvwxyz
ABCDEFGHIJKLMNOPQRSTUVWXYZ

*Care Bear Book and Care Bear Bold fonts are exclusive to American Greetings and its licensees. They have been designed solely for use on the Care Bears program and cannot be used on any other non Care Bears products or materials.

**Helvetica** (for legal copy)
(available at www.adobe.com)

abcdefghijklmnopqrstuvwxyz
ABCDEFGHIJKLMNOPQRSTUVWXYZ

*If Helvetica not available then use a sanserif font that is very similar in shape, thickness and letter forms.

*Please note that editorial copy is made available for reference and inspiration only. Any use of these editorial materials is at licensee's sole risk and discretion. In some cases, depending on the product and/or other use it may be prudent to perform trademark clearance. Approval of product via the approval process shall not be deemed a waiver of the obligation for the licensee. If there is a trademark concern, please contact us prior to use

---

Copy, when applied to individual products, can promote sales and add a positive point of difference to your product. American Greetings reserves the right to approve all copy on advertising, point of purchase and product. We would be happy to work with you on the specific needs of your product.

- Share Your Care!
- Caring comes in all sizes!
- Born to Care!
- Grin and Share It
- Handle With Care
- Free Hugs
- Bear Hug
- Cuddle Time
- 100% Huggable
- Hugs Rule!
- Need a hug?
- Cute and cuddly
- Nobody Cares Like a Care Bear
- Caring Counts
- Sharing Is Caring

---

## Copy Guidelines

Good product creation involves coordinating copy, art, character and product. Product copy used on an item should coordinate with the character shown in the design and the product's purpose. For example, a nightgown depicting Bedtime Bear asleep might run with the copy, "Sleeping Cutie."
The copy "Let the fun shine in!" better coordinates with a T-shirt depicting Funshine Bear rather than with one that shows Wish Bear.

Me-to-you copy ("I Love You," "You're My Favorite Friend") should be avoided for most product applications. This copy is not very "wearable" and is generally used with gift items meant to be purchased by one person for another as opposed to an item that may be a self-purchase product. If your particular product has a strong sales success history with such copy, be sure to inform us of this when you submit your item for approval.

Product copy should be set in a color rather than in black. When in doubt, and background colors allow, use Pantone Process Cyan C or CMYK 100C.





# General Guidelines

· All Care Bears product, packaging and promotional materials must have legal.

· Avoid using the Care Bears logo as the primary design element without a bear.

· Color is very important to the Care Bears program. When possible use colors found in any of the art that is supplied in this guide.

· The Care Bears red signature heart is located only on each Bear's RIGHT hip. (This heart must be added or removed as needed when an image is flopped.)

· As a general rule, if the tail cannot be seen then the hip heart would not be in view and should not be added.

· When flopping Care Bears character artwork, care must be taken so that all the character's graphic elements end up in their correct orientation.

· Most character belly badges are only properly oriented in one particular direction. Be sure to orient them correctly after flopping a character image.

· Care Bears belly badges must be used in combination with either character art or the Care Bears logo. The strength of the Care Bears program is not the badges alone but the combination with the bears and brand identity.

· All Care Bears product, packaging and promotional materials are subject to approval by American Greetings.



# Do & Don't

**Original Art**



Every bear must have a heart on their right hip.

**Don't**



When flopping bear artwork, the belly badge must be flopped back and the heart removed on the left hip.

**Do**



Belly badge has been flopped to the correct orientation and the hip heart has been removed.

**Original Art**

**Don't**



Avoid covering belly badges or bears' faces with other art, logos or lettering.

**Do**



Bears' belly badges and faces are not obstructed in any way.



## Don't



With the exception of the swinging star image, never change the scale of star buddies. Always reference the size comparison chart when scaling art individually.



Never change the color of the letters in the logo and never add a drop shadow.



Avoid cropping more than half of the tummy graphic.



Never rotate the logo and never cover the logo with any other art or lettering.



*NEVER, EVER mix New Care Bears artwork with any previous art.



Avoid floating bears in landscape designs with clouds. When possible, have bears planted on clouds.



# Poses





## Patterns



PT0073-CB-15-1

PT0074-CB-15-1

PT0075-CB-15-1

# Patterns



PT0079-CB-15-1

PT0080-CB-15-1

PT0081-CB-15-1

PT0082-CB-15-1

PT0083-CB-15-1

PT0084-CB-15-1



# Best Friend Bear™

Best Friend Bear knows how to care for best friends and keep them caring for each other. Even her belly badge shows the special caring bond between two close friends—a happy heart and smiley star, connected by a rainbow!

## Copy Suggestions

My BFF is sweet!

True Friends!

#bff

You're in my favorites!

My BFF makes me LOL!

Forever Friends.

Happiness is....my BFF!

Besties!

I (heart) my bestie

## Color Palette

Hip Heart:  **PMS 186**

Body:  **PMS 2572**
Fill Color

 **PMS 2612**
Outline Color

Mouth:  **PMS 184**
Tongue

 **Black**

*This profile page shows the PMS color version of this bear for limited color printed product. Identical poses exist in cmyk for full color printing. If you are creating dimensional product please refer to the 3-D Guidelines for color and construction.



## Poses



CA0089B-CB-15-1

CA0091A-CB-15-1

CA0090-CB-15-1

CA0091B-CB-15-1

Care Bears



# Graphic Patches



GP0097-CB-15-1                    GP0098-CB-15-1



# Patterns



PT0103-CB-15-1

PT0104-CB-15-1

PT0105-CB-15-1



CGI Patches & Patterns

GP0097-CB-15-1-CGI

PT0100-CB-15-1-CGI

GP0095-CB-15-1-CGI

Care Bears







## Patterns

PT0129-CB-15-1

PT0128-CB-15-1

PT0130-CB-15-1

# Patterns



P10I34-CB-15-1



PT0135-CB-15-1



PT0136-CB-15-1



PT0137-CB-15-1



PT0138-CB-15-1



PT0139-CB-15-1

Care Bears









# Funshine Bear™

Playful Funshine Bear works hard to make sure that everyone is having a good time. His sense of humor makes him the life of any party and he really knows how to have fun. Funshine Bear's belly badge reflects his sunny disposition—a bright yellow sun with an ever-present smile.

## Copy Suggestions

Get your shine on!

Let your light shine!

Good day, sunshine!

Fun is #1

#shineon

Fun in the Sun!

Thrill Seeker!

Catch some fun.

The fun starts here.

Sky High Adventure!

## Color Palette

Hip Heart:  **PMS 186**

Body:  **PMS 122**
**Fill Color**

 **PMS 145**
**Outline Color**

Mouth:  **PMS 184**
**Tongue**

**Black**

*This profile page shows the PMS color version of this bear for limited color printed product. Identical poses exist in cmyk for full color printing. If you are creating dimensional product please refer to the 3-D Guidelines for color and construction.









## Patterns

PT0158-CB-15-1

PT0159-CB-15-1

PT0160-CB-15-1



# CGI Patches & Patterns

GP0149-CB-15-1-CGI

GP0150-CB-15-1-CGI

GP0151-CB-15-1-CGI

GP0152-CB-15-1-CGI

GP0153-CB-15-1-CGI

GP0154-CB-15-1-CGI

PT0155-CB-15-1-CGI

## Poses



CA0168-CB-15-1

CA0170-CB-15-1

CA0171A-CB-15-1

CA0167-CB-15-1

CA0169-CB-15-1

# Graphic Patches



GP0175-CB-15-1

GP0177-CB-15-1



# Patterns



PT0083-CB-15-1

PT0082-CB-15-1

PT0084-CB-15-1



# Patterns



PT0188-CB-15-1



PT0189-CB-15-1



PT0190-CB-15-1



PT0191-CB-15-1



PT0192-CB-15-1



PT0193-CB-15-1

Care Bears



# Harmony Bear™

She sings, she acts, and she plays every instrument you can imagine! Harmony Bear is a natural leader who is all about encouraging folks to do their best, especially through music. That's why her belly badge is a single flower with different colored petals!

## Copy Suggestions

Fab-U-Lous

Stand out and SHINE!

Be~YOU~tiful

Perfect Harmony

I'm so fancy

#fancy

Super (Star)

Rockin' Out!

Spotlight

## Color Palette

Hip Heart:  **PMS 186**

Body:  **PMS 2725 Fill Color**

 **PMS 2745 Outline Color**

Mouth:  **PMS 184 Tongue**

 **Black**

*This profile page shows the PMS color version of this bear for limited color printed product. Identical poses exist in cmyk for full color printing. If you are creating dimensional product please refer to the 3-D Guidelines for color and construction.





## Poses

CA0224B-CB-15-1

CA0226A-CB-15-1

CA0225-CB-15-1

CA0226B-CB-15-1

Care Bears



# Graphic Patches



GP0231-CB-15-1

GP0232-CB-15-1





## Patterns

PT0238-CB-15-1

PT0239-CB-15-1

PT0240-CB-15-1

Care Bears



# Poses



CA0351-CB-15-1

CA0353-CB-15-1

CA0354A-CB-15-1

CA0350-CB-15-1

CA0352-CB-15-1



# Grumpy Bear™

Grumpy may be a bit of a grouch, but his grumpiness reminds us that it's okay to be grumpy sometimes—as long as it doesn't last too long. Grumpy Bear's tummy symbol—a rain cloud with falling hearts—is a reminder that even when we're less than cheery, we are still loved by those closest to us.

## Copy Suggestions

Loveable Grump

I woke up like this.

Grin and bear it!

Care-ful, I'm grumpy!

#reallyasoftie

Hug with care.

I need a hug.

This is my happy face!

A hug a day keeps the

grumplies away!

## Color Palette

Hip Heart:  PMS 186

Body:  PMS 279
Fill Color

 PMS 286
Outline Color

Mouth:  PMS 184
Tongue

 Black

*This profile page shows the PMS color version of this bear for limited color printed product. Identical poses exist in cmyk for full color printing. If you are creating dimensional product please refer to the 3-D Guidelines for color and construction.



## Poses



CA0197-CB-15-1

CA0198-CB-15-1

CA0199-CB-15-1



# Patterns



PT0208-CB-15-1

PT0209-CB-15-1

PT0210-CB-15-1

Care Bears



## Patterns

PT0214-CB-15-1

PT0215-CB-15-1

PT0216-CB-15-1

PT0217-CB-15-1

PT0218-CB-15-1

PT0219-CB-15-1

Care Bears



# Laugh-a-lot Bear™

Laugh-a-lot Bear is the silliest Care Bear who can turn normal life situations into lots of laughter for everyone around. Her belly badge describes exactly who she truly is—a star at giving others the giggles!

## Copy Suggestions

Live. LAUGH. Love.

Laughter is the best medicine!

ROFL (Rolling on the floor laughing)

Laugh out loud.

#gigglefit

Got the giggles.

I (heart) laughing

Get silly with it!

## Color Palette

Hip Heart:  **PMS 186**

Body:  **PMS 1375 Fill Color**

 **PMS 179 Outline Color**

Mouth:  **PMS 184 Tongue**

 **Black**

*This profile page shows the PMS color version of this bear for limited color printed product. Identical pass exist in cmyk for full color printing. If you are creating dimensional product please refer to the 3-D Guidelines for color and construction.



## Poses



CA0361B-CB-15-1

CA0363A-CB-15-1

CA0362-CB-15-1

CA0363B-CB-15-1

Care Bears

# Poses



CA0248-CB-15-1

CA0250-CB-15-1

CA0251A-CB-15-1

CA0247-CB-15-1

CA0249-CB-15-1



## Graphic Patches

Love-A-Lot Bear

Spread the LOVE

GP0255-CB-15-1

GP0256-CB-15-1

GP0257-CB-15-1

FOLLOW YOUR HEART

Care Bears





# Patterns

PT0257-CB-15-1

PT0258-CB-15-1

PT0259-CB-15-1

PT0260-CB-15-1

PT0261-CB-15-1

PT0262-CB-15-1

Care Bears

Case: 1:24-cv-03559 Document #: 1-3 Filed: 05/02/24 Page 50 of 68 PageID #:141



# Secret Bear™

A naturally good listener, Secret Bear is that special kind of faithful friend who you know will keep your secrets safe. Even her belly badge says, "your secret's safe with me" -- it's a heart-shaped lock!

## Copy Suggestions

Tell Me a Secret

Count on me!

Want to know a secret?

Leave it to me!

Top Secret

Pssssst!

The secret to fun is friends!

Secret Keeper

## Color Palette

Hip Heart:  **PMS 186**

Body:  **PMS 212
Fill Color**

 **PMS 215
Outline Color**

Mouth:  **PMS 184
Tongue**

 **Black**

*This profile page shows the PMS color version of this bear for limited color printed product. Identical pages exist in cmyk for full color printing. If you are creating dimensional product please refer to the 3-D Guidelines for color and construction.



## Poses



CA0382B-CB-15-1

CA0384A-CB-15-1

CA0383-CB-15-1

CA0384B-CB-15-1

## Poses



CA0365-CB-15-1

CA0367-CB-15-1

CA0368A-CB-15-1

CA0364-CB-15-1

CA0366-CB-15-1



# Share Bear™

Need something? Anything? If Share Bear has it, she'll share it! Carefree and loving, Share is happiest when she's with her friends – or baking! She loves sharing so much that she shows it with her belly badge – two heart-shaped lollipops!

## Copy Suggestions

Sharing is caring!

I (heart) sharing!

Sweet as Sugar!

Sweetness counts!

#carefree

Share a smile

#shareyourcare

## Color Palette

Hip Heart:  PMS 186

Body:  PMS 265 Fill Color

 PMS 268 Outline Color

Mouth:  PMS 184 Tongue

 Black

*This profile page shows the PMS color version of this bear for limited color printed product. Identical poses exist in cmyk for full color printing. If you are creating dimensional product please refer to the 3-D Guidelines for color and construction.







# Graphic Patches



GP0283 CB 2015                    GP0284 CB 2015





## Patterns

PT0289-CB-15-1

PT0288-CB-15-1

PT0290-CB-15-1



## Patterns

PT0294-CB-15-1

PT0295-CB-15-1

PT0296-CB-15-1

PT0297-CB-15-1

PT0298-CB-15-1

PT0299-CB-15-1



# Sweet Dreams Bear™

Sweet Dreams Bear wants you to have the best mornings by making sure you have the happiest dreams at night! That's why she wants you to rest just as pleasantly as her belly badge shows—a drowsy moon drifting off to dreamland.

## Copy Suggestions

Sweet Dreamer!

Sleeping Cutie

Life's a dream!

Pajama Party!

Follow Your Dreams!

Sleep tight!

Dream On!

Dream Team

## Color Palette

Hip Heart:  **PMS 186**

Body:  **PMS 2635**
Fill Color

 **PMS 2665**
Outline Color

Mouth:  **PMS 184**
Tongue

 **Black**

*This profile page shows the PMS color version of this bear for limited color printed product. Identical paws exist in cmyk for full color printing. If you are creating dimensional product please refer to the 3-D Guidelines for color and construction.



## Poses



CA0389B-CB-15-1

CA0391A-CB-15-1

CA0390-CB-15-1

CA0391B-CB-15-1

Care Bears



## Poses

CA0301-CB-15-1

CA0303-CB-15-1

CA0304A-CB-15-1

CA0300-CB-15-1

CA0302-CB-15-1

Care Bears





# Patterns

PT0313-CB-15-1

PT0314-CB-15-1

PT0315-CB-15-1

Care Bears



# Patterns

PT0319-CB-15-1

PT0320-CB-15-1

PT0321-C8-15-1

PT0322-CB-15-1

PT0323-CB-15-1

PT0324-CB-15-1



# Wish Bear™

Wish Bear likes to make wishes come true and believes there's nothing in the world that a wish can't help. She's a special kind of dreamer, too, because even when wishes don't come true, she still thinks wishing is a lot of fun! Wish Bear shows this with her belly badge—a smiling shooting star.

## Copy Suggestions

I wish I may!

#believer

Star Light

Wish big!

Sweet Wishes

Make a wish.

Dreams really do come true!

Believe in U!

## Color Palette

Hip Heart:  PMS 186

Body:  PMS 319
Fill Color

 PMS 321
Outline Color

Mouth:  PMS 184
Tongue

 Black

*This profile page shows the PMS color version of this bear for limited color printed product. Identical poses exist in cmyk for full color printing. If you are creating dimensional product please refer to the 3-D Guidelines for color and construction.



## Poses



## Graphic Patches



GP0335-CB-15-1        GP0336-CB-15-1



## Patterns



PT0341-CB-15-1

PT0342-CB-15-1

PT0343-CB-15-1

